AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,                              **APPEARANCE**

v.                                          CRIMINAL NUMBER: 97-190(SEC)

TOMAS LORENZO PEREZ

To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America. Additionally it is respectfully requested that electronic notification to any prior Assistant U.S. Attorney be terminated.

  July 17, 2007
*Date*

                                                *s/ Myriam Y. Fernández-González*
                                                *Signature*

                                                Myriam Y. Fernández-González  Bar No. 218011
                                                *Print Name*

                                                350 Torre Chardón, Suite 1201
                                                *Address*

                                                San Juan, Puerto Rico 00918
                                                *City*

                                                (787) 766-5656
                                                *Phone Number*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                              s/ *Myriam Y. Fernández-González*
                              Myriam Y. Fernández-González - 218011
                              Assistant U.S. Attorney
                              Torre Chardón, Room 1201
                              350 Carlos Chardón Avenue
                              San Juan, PR 00918
                              Tel. (787) 766-5656
                              e-mail: myriam.y.fernandez@usdoj.gov