# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>v.<br><br>**TOMAS LORENZO PEREZ,**<br>**Defendant.** | **Criminal No. 97-190 (SEC)** |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S DEMAND FOR PRODUCTION OF STATEMENTS, RECORDS AND MOTION FOR DISCLOSURE OF GRAND JURY MATERIAL

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorneys, and very respectfully states and prays as follows:

1. On June 29, 2007, the defendant, Tomás Lorenzo Pérez, filed a Demand for Production of Statements, Records and Motion for Disclosure of Grand Jury Material.

2. Due to the fact that the above-captioned case is closed in our office, we must obtain the original files from the National Archives Federal Record Center. Therefore, the government requests an extension of time of twenty (20) working days to respond to the Motion for Disclosure of Grand Jury Material, said term to be due on August 14, 2007.

**United States' Motion for Extension of Time**
**USA v. Tomas Lorenzo Perez**
Criminal No. 97-190(SEC)
Page 2

WHEREFORE, the United States respectfully requests an extension of time of twenty (20) working days to respond to the defendant's Motion for Disclosure of Grand Jury Material.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 17th day of July, 2007.

        ROSA EMILIA RODRIGUEZ-VÉLEZ
        United States Attorney

        *s/ **Myriam Y. Fernandez-Gonzalez***
        Myriam Y. Fernández-González
        Assistant U.S. Attorney - U.S.D.C. #218011
        Room 1201, Torre Chardón Bldg.
        350 Carlos Chardón Ave.
        San Juan, P.R. 00918
        Tel. 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the regular mail notification of such filing to Tomás Lorenzo Pérez, Reg. No. 16054-069, USP COLEMAN I, U.S. PENITENTIARY, P.O. BOX 1033, COLEMAN, FL 33521.

        *s/ **Myriam Y. Fernandez-Gonzalez***
        Myriam Y. Fernández-González
        Assistant U.S. Attorney - U.S.D.C. #218011
        Room 1201, Torre Chardón Bldg.
        350 Carlos Chardón Ave.
        San Juan, P.R. 00918
        Tel. 766-5656