

U.S. Department of Justice

**Guillermo Gil**
United States Attorney
District of Puerto Rico

---

Federico Degetau Federal Building, Room 452  (787) 766-5656
Carlos Chardon Avenue
Hato Rey, Puerto Rico 00918

April 7, 1998

Luz Rios Rosario
Coll y Toste #54,
Hato Rey, P.R. 00918

Miguel A. Montes
#57 Esteban Padilla
Bayamon, P.R. 00959

~~Luis Rivera~~
Capital Center Building, Suite 401
Arterial Hostos Avenue, #3
Hato Rey, Puerto Rico 00918

Graham Castillo
Home Mortgage Plaza
268 Ponce de Leon Avenue, Suite 1006
Hato Rey, Puerto Rico 00918

Rachel Brill
Mercantil Plaza, Suite 1113
Avenue Ponce de Leon
San Juan, PR 00918

David Roman
P.O. Box 3178
Guaynabo, PR 00970-3178

Dear Counsel,

    Please find the following enclosed materials. These materials are being presented to you as Jencks material although some of the documents may reflect additional ethical and discovery obligations. The documents are:

Interview of Leoncio Richardson 8/19/97
Interview of Eufemia Senda Sanchez 8/19/97

302's or FBI reports of:
Marino Mieses-Pimentel 8/18/97
Victor Pimentel 8/18/97
Cirila Hernandez 8-25-97 8/25/97
Jorge Lorenzo Hernandez 8/25/97
Brenda Quiles-Navarro 8/25/97
Raimary Lavandier 8/25/97
Phillip Irizarry 8/25/97
Julio Quiñones 8/25/97 8/25/97
Richardson Mieses Pimentel 8/25/97 11/6/97 11/6/97 11/18/97
Lorenzo Peña Morfe 8/25/97
Homero Sanin 8/27/97 9/8/97
Pablo Baez Ortiz 8/18/97
Santiago Acosta Molina 2/11/98 12/97
Jose Ramon Feliciano Rosado 12/3/97 12/3/97 11/17/97 11/17/97 11/17/97 11/18/97
Nicolas Rodriguez Velez 12/2/97
Eufemia Senda Sanchez 12/8/97
Evans Charlery 12/7/97
The proffer letter and plea agreement of Santiago Acosta Molina
Nineteen (19) pages of handwritten notes of Santiago Acosta Molina
the grand jury testimony of Homero Sanin 9/3/97 3/18/97.

    Please accept this letter as notice that Santiago Acosta Molina agreed to be deported on 12/12/92. He was arrested in 1987 for possession of cocaine. This matter was not pursued by the authorities. In 1988, Acosta Molina was arrested in Pennsylvania in relation to a homicide and he plead guilty to possession of a firearm without a license. He served one year of probation and two (2) weeks of work release. Pursuant to his cooperation, Acosta Molina made several cases in New Jersey and Philadelphia. U.S vs. Luis Ferrer (1990), and U.S. vs. Milanoly (1990). Acosta Molina worked with F.B.I. agent Pat Derken and Pennsylvania Prosecutor Robert Kenny. Acosta Mera may have testified in the past and the U.S. Attorneys Office has not been able to obtain any additional information. During 1989-1992 Acosta Molina "worked" for state and federal authorities and he stated he was paid by the secret service. I understand that that this information was previously provided by AUSA Rosa Rodriguez-Mera and I am simply confirming the information.
    Finally, Jose Ramon Feliciano Rosado indicated that he was convicted in relation to a shooting homicide in the 1980's. He indicated that he served four (4) years.

GUILLERMO GIL<br>
U.S. Attorney<br><br>
Joseph V. Hoffer<br>
Assistant U.S. Attorney

## ACKNOWLEDGEMENT

I, as attorney or record acknowledge receipt of the discovery materials described herein, produced pursuant to this Court's "Jencks" order, and further acknowledge that said receipt constitutes a request for such discovery materials under <u>Fed.R.Crim.P.</u>. It is understood that I reserve the right to file any motion I deem appropriate.

I also agree to waive any claim that the aforementioned discovery package failed to contain any evidence detailed herein, should receipt of this package be acknowledged by any third party sent on my behalf as authorized by me.

I also do hereby acknowledge that it is the official policy of the United States Attorney for the District of Puerto Rico that "Plea Agreements" between defendant and/or defendant's counsel and the Government <u>are not valid and binding unless and until they have been approved in writing and have been signed by the United States Attorney, Guillermo Gil, or by AUSA Jorge Vega-Pacheco, Chief, Criminal Division.</u> The Office of the United States Attorney is not bound nor responsible for any tentative agreements or representations that legal counsel makes to a defendant prior to such formal agreement.

Attorney for Defendant

Date: 4/8/9?