UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM.NO.97-190(SEC) |
| PLAINTIFF, | |
| VS. | |
| LORENZO PENA MORFE, ET AL | **OPPOSITION TO GOVERNMENTS INTENT TO INTRODUCE 404(b) EVIDENCE** |

COMES NOW, defendant Tomas Lorenzo Perez through the undersigned attorney and very respectfully states and prays as follows:

1.  The Government has filed a Motion informing that it will seek to introduce evidence of a defendant's prior arrest.

2.  The same motion states that all charges were subsequently dismissed.

3.  Evidence previously provided by the Government clearly demonstrates that there was no probable cause against defendant and that no weapon was ever found in his possession.

4.  Such evidence is of little or no probative value and would only crate danger of unfair prejudice, confusion or misleading the jury.

WHEREFORE, it is respectfully requested that this motion be granted and the Governments request to introduce evidence of defendants prior arrest be denied.

I HEREBY CERTIFY that on this date a copy of the present motion was delivered to A.U.S.A. Rosa C. Rodriguez Mera, Federico Degetau Federal Building, Room 452, Hato Rey, PR 00918.

In Guaynabo, Puerto Rico, March 30, 1998.

Respectfully Submitted,

JOSE A. SUAREZ SANTA
U.S.D.C.-PR-204309
P.O. BOX 476
GUAYNABO, PR 00970
TEL. 789-1212