EXHIBIT "B"

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:Myriam.Y.Fernandez@usdoj.gov,PRD_SEC@prd.uscourts.gov,ca
Message-Id:<1221106@prd.uscourts.gov>
Subject:Activity in Case 3:97-cr-00190-SEC USA v. Pena-Morfe
```
/Reply " Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## United States District Court

## District of Puerto Rico

Notice of Electronic Filing

The following transaction was received from mbr, entered on 7/17/2007 at 12:59 PM AST and filed on 7/17/2007
**Case Name:** USA v. Pena-Morfe
**Case Number:** 3:97-cr-190
**Filer:**
**Document Number:** 360

**Docket Text:**
ORDER granting [359] Motion for Extension of Time to File Response/Reply as to Tomas Lorenzo-Perez (8)**Opposition due by 8/15/2007.** Signed by Judge Salvador E Casellas on 7/17/2007. (mbr)

The following document(s) are associated with this transaction:

**3:97-cr-190-8 Notice will be electronically mailed to:**

Myriam Y. Fernandez-Gonzalez   Myriam.Y.Fernandez@usdoj.gov, vilmarie.alcaraz@usdoj.gov

B-04

## CERTIFICATE OF SERVICE

I certify that a true copy of this REQUEST FOR PRODUCTION OF STATEMENTS FOR DISCLOSURE OF GRAND JURY MATERIAL FOR GOVERNMENT'S FAILURE TO OPPOSE and all the exhibits has been forwarded to the Office of the United States Attorney, C/O United States District Court for the District of Puerto Rico, Federal Building, San Juan, Puerto Rico 00918-1767, on this 15th day of October 2007 by fixing the proper postage and placing the same in our Institutional Legal Mail Box.

Respectfully submitted,

*Lorenzo Perez*
Tomas Lorenzo Perez, Petitioner
Register # 16054-069
FCC USP-1
P.O. Box 1033, Unit E
Coleman, FL 33521-1033

- end -