TOMAS LORENZO PEREZ #16054-069
FCC USP-1
P.O. BOX 1033, UNIT E
COLEMAN, FL. 33521-1033

PM
OCT 16
2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150
FEDERAL COURT BUILDING
SAN JUAN, PR  00918-1767

LEGAL N