UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TOMAS LORENZO PEREZ,
    PETITIONER,
VS.                                    CASE # 3:97-CR-190
UNITED STATES OF AMERICA,
    RESPONDENT.
_____/

PETITIONER'S RESPONSE TO RESPONDENT

COME NOW THE PETITIONER, TOMAS LORENZO PEREZ, PRO-SE, AND RESPECTFULLY RESPONDS TO RESPONDENT DOCUMENT 366 AS FOLLOWS:

1. PETITIONER IS LOCATED AT USP-1, COLEMAN, FLORIDA AND THE INSTITUTION IS UNDER LOCK-DOWN. THEREFORE, PETITIONER HAS TO HAND-PRINT HIS RESPONSE.

2. PETITIONER NEVER RECEIVED PREVIOUS GOVERNMENT'S RESPONSE TO HIS MOTION FOR PRODUCTION OF STATEMENTS AND DOCUMENTS, GOV'S #361.

3. PETITIONER FINDS FOR FIRST TIME THAT THE GOVERNMENT PROVIDED GRAND JURY MATERIAL TO HIS FIRST ATTORNEY, JOSE A. SUAREZ SANTA.

4. PETITIONER HAS ASKED FOR GRAND JURY MATERIAL FROM ATTORNEY JOSE A. SUAREZ SANTA AND HE HAS STATED HE NEVER WAS GIVEN SUCH DOCUMENTS.

5. Since petitioner's first attorney stated that he never received requested documents, petitioner turned to this honorable court for said documents.

6. Petitioner's problem remains the same, being that he requires the grand jury testimony and documents because he firmly believes that there is no testimony about a "fully-automatic" fire arm.

7. As this honorable court knows, petitioner was charged of a fully automatic weapon which has increased his sentence substantially.

Wherefore, the petitioner prays this honorable court grants his request for production of grant jury material to be provided by the government or for this court to issue an order to attorney Jose A Suarez Santa to relinquish said documents to the petitioner.

Respectfully submitted,                    Dated: 11/20/07

_Lorenzo Perez_
Tomas Lorenzo Perez, Petitioner
Pro-Se

-2-

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE COPY OF THIS RESPONSE TO THE UNITED STATES OF AMERICA HAS BEEN FORWARDED TO:

MYRIAM Y. FERNÁNDEZ-GONZÁLEZ
ASSISTANT U.S. ATTORNEY
ROOM 1201, TORRE CHARDON BLDG.
350 CARLOS CHARDON AVE.
SAN JUAN, PR 00918

ON THIS 20TH DAY OF NOVEMBER, 2007 BY FIRST CLASS MAIL AND BY FIXING THE PROPER POSTAGE AND GIVING IT TO THE OFFICER IN CHARGE TO FOWARD.

RESPECTFULLY SUBMITTED,

Lorenzo Perezo
_____
TOMAS LORENZO PEREZ, PETITIONER
REG. # 16054-069
FCC USP-1
P.O. BOX 1033, UNIT E
COLEMAN, FL 33521-1033

-3-