OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERAL COURT BUILDING
SAN JUAN, P.R. 00918-1767

NOVEMBER 20, 2007 (11/20/07)

RECEIVED AND FILED
2007 NOV 26 PM 1:51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

IN RE: TOMAS LORENZO PEREZ VS USA
CRIMINAL CASE # 3:97-CR-490
(SEC)

ENCLOSED FOR FILING IN THE ABOVE NAME AND
NUMBERED CASE, PLEASE FIND ONE ORIGINAL
"PETITIONER'S RESPONSE TO RESPONDENT". ALSO
ATTACHED TO RESPONSE FIND A CERTIFICATE OF
SERVICE.

SINCERELY,

LORENZO PEREZ

TOMAS LORENZO PEREZ, PROSE
# 16054-069
FCC USP-1
P.O. BOX 1033, UNIT E
COLEMAN, FL 33521-1033

CC: MYRIAM Y. FERNANDEZ-GONZALEZ
ASSISTANT U.S. ATTORNEY