UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Tomas Lorenzo Perez, )
    Petitioner, )
)
)
Vs. ) Case No. 3:97-CR-190
)
)
UNITED STATES OF AMERICA, )
    RESPONDENT. )

MOTION FOR DISCLOSURE OF GRAND JURY MATTER
PURSUANT TO FED.R. OF CRIM. PROC.,
RULE 6 (e)(3)(E)(ii)

NOW COMES, Petitioner Tomas Lorenzo Perez, **Pro-se**, respectfully prays to this Honorable Court to enter an Order for disclosure of Grand Jury Matter pursuant to Fed.R.of Crim.Proc.,rule 6(e)(3)(E)(ii), In support states as fallows:

    **1.**    The Petitioner seeks that a ground may exist to dismiss count five (5) on Case No. 3:97-CR-190, referring to the automatic weapon.

    **2.**    The Petitioner avers that with the material at hand he will be able to determine if there is any inconsistency between the Indictment and the Superceding Indictment,**supra**.

-3-

WHEREFORE, Petitioner Tomas Lorenzo Perez respectfully prays that this Honorable Court will enter an Order for disclosure of the Grand Jury Matter on the afornentioned request.

Respectfully submitted,

February 21, 2008

BY: *[signature]*

Tomas Lorenzo Perez

Tomas Lorenzo Perez, Pro-se
ID.# 16054-069
FCC COLEMAN, USP -1-
P.O. BOX 1033
COLEMAN, FL. 33521-1033