TOMAS LORENZO PEREZ
ID. # 16054-069
COLEMAN USP -1-
P.O. BOX 1033
COLEMAN, FL 33521-1033

CERTIFIED MAIL



7006 2150 0001 8468 2154



THE CLERK OFFICE
U.S.D.C.
DISTRICT COURT OF P.R.
ROOM 150
FEDERAL COURT BUILDING
SAN JUAN, PR 00918-1767