August 21, 2008

Tomas Lorenzo Perez
Fed. Reg. No. 16054-069
Federal Corrections Institution
P.O. Box 6000
Glenville, W.Va. 26351

RECEIVED & FILED
2008 AUG 25 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RE: Tomas L. Perez v. United States of America,
(Criminal Case No. 97-190 (SEC))

Clerk's Office
United States District Court
Room 150, Federal Building
Hato Rey, Puerto Rico 00918-1767

Dear Clerk:

Clerk, I am unable to contact or locate my assigned lawyer who has represented me in the above-referenced matter. Therefore, I am writing to request politely for a complete copy of the grand jury transcript in order for me to prepare an adequate, effective, and meaningful pleading in regards to my unlawful conviction(s). Clerk, I am attempting to meet the deadline date to file and submit it. I will appreciate it very much if you can assist me. Thank You!

Respectfully written,

Tomas Lorenzo Perez # 16054-069
Federal Corrections Institution
P.O. Box 6000
Glenville, W.Va. 26351