Tomas Lorenzo Perez # 16054-069
Federal Corrections Institution
P.O. Box 6000
Glenville, W.VA. 26351

Clerk's Office
United States District Court
Room 150, Federal Building
Hato Rey, Puerto Rico 00918-1767

Legal Mail